FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_                     DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LARRY JOSEPH ZIMMERMAN, | Case No.  CV 11-05067 AN |
|       Petitioner, | JUDGMENT |
|   v. | |
| TERRI GONZALEZ, Warden, | |
|       Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.


DATED: November 14, 2011

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY