ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY JOSEPH ZIMMERMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　Respondent. | Case No. CV 11-05067 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: November 14, 2011

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE